IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERRI MCCRACKEN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| CAPITAL MANAGEMENT HOLDINGS, | § | CAUSE NO. 1:20-CV-1172-LY |
| LLC, DEBT MANAGEMENT | § | |
| PARTNERS, LLC, AND HARTFORD | § | |
| CASUALTY INSURANCE COMPANY, | § | |
|     DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On August 3, 2021, the court rendered an Order (Doc. #5) directing that Plaintiff Terri McCracken show cause on or before August 18, 2021, why her claims should not be dismissed for want of prosecution. To date, McCracken has not responded to the August 3, 2021 show-cause order. Having considered the file and the applicable law, the court will dismiss McCracken's claims. *See* Fed. R. Civ. P. 41(b). Accordingly,

**IT IS ORDERED** that the claims alleged by McCracken are **DISMISSED WITHOUT PREJUDICE FOR WANT OF PROSECUTION**.

As nothing remains to resolve, the court renders Final Judgment. *See* Fed. R. Civ. P. 58.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 23rd day of August, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE